**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **AMANDA MAHNKE** | : |
| **Plaintiff,** | : |
| v. | : Case No. 1:10-cv-00021-EGS |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY** | : |
| **Defendant.** | : |

## STIPULATION

The Plaintiff, Amanda Mahnke, by and through her undersigned counsel, hereby voluntarily dismisses Count II, alleging negligent hiring, training and supervision, and Count III, for punitive damages. This dismissal is without prejudice. This dismissal does not have any impact on the allegations set forth in Count I of the Complaint, which remains pending.

Respectfully submitted,

REGAN ZAMBRI & LONG, PLLC

By:     /s/ *Patrick M. Regan*
Patrick M. Regan    #336107
pregan@reganfirm.com
Paul J. Cornoni    #489398
pcornoni@reganfirm.com
1919 M Street, NW, Suite 350
Washington, DC 20036
P<small>H</small>: (202) 463-3030
F<small>X</small>: (202) 463-0667
*Counsel for Plaintiff*

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

## CERTIFICATE OF SERVICE

I hereby certify that on the  28th  day of January, 2010, a copy of the foregoing Stipulation was electronically filed and served and was sent via first class mail to:

>Gerard J. Stief, Esquire
>Kathleen A. Carey, Esquire
>Nicholas S. Nunzio, Esquire
>Washington Metropolitan
>   Area Transit Authority
>600 Fifth Street, NW
>Washington, DC  20001

>        /s/ *Patrick M. Regan*
>Patrick M. Regan

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030