# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMANDA MAHNKE,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No.   1:10-cv-00021-BAH |
| : | |
| **WASHINGTON METROPOLITAN** : | |
| **AREA TRANSIT AUTHORITY,** : | |
| : | |
| Defendant. : | |
| : | |

## JOINT AND VOLUNTARY STIPULATION AND NOTICE OF DISMISSAL WITH PREJUDICE

Having settled this case, Plaintiff Amanda Mahnke and Defendant Washington Metropolitan Area Transit Authority ("WMATA"), by and through their undersigned attorneys, jointly and voluntarily submit this Stipulation and Notice of Dismissal of this action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), with each party to bear her/its own costs and fees.

**Dated:   November 9, 2011**

| | |
|---|---|
| **REGAN, ZAMBRI & LONG, PLLC** | **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY** |
| | |
| **/s/ Patrick Regan** | **/s/ Mark F. Sullivan** |
| Patrick Regan #336107 | Mark F. Sullivan #430876 |
| E-mail: pregan@reganfirm.com | Deputy General Counsel |
| | E-mail: msullivan@wmata.com |
| | |
| **/s/ Paul Cornoni** | **/s/Kathleen Carey** |
| Paul Cornoni #489398 | Kathleen A. Carey #357990 |
| E-mail: pcornoni@reganfirm.com | Associate General Counsel |
| 1919 M Street, N.W. | E-mail: kcarey@wmata.com |
| Suite 350 | |
| Washington, D.C. 20001 | **/s/ Nicholas S. Nunzio, Jr.** |
| Telephone:  (202) 463-3030 | Nicholas S. Nunzio, Jr. #362578 |
| Facsimile:  (202) 463-0067 | Associate General Counsel |
| *Attorneys for Plaintiff* | E-mail: nnunzio@wmata.com |
| | 600 Fifth Street, N.W. |
| | Washington, D.C. 20001 |
| | Telephone: (202) 962-1013 |
| | Facsimile: (202) 962-2550 |
| | *Attorneys for Defendant WMATA* |